BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-Q-002-JPK and 07-Q-003-JK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MENORAH INSURANCE CO. LTD. a/s/o Nilit Ltd.,

Case No.: 07 CV 11090

            Plaintiff,

  -against-                      **RULE 7.1 STATEMENT**

A.P. MOLLER-MAERSK A/S trading as Maersk Line,

            Defendant.
-------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                      **NONE KNOWN**

Dated: December 7, 2007

                                      SIGNATURE OF ATTORNEY
                                      JAMES P. KRAUZLIS