FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Defendant
A.P. MOLLER – MAERSK A/S
80 Pine Street
New York, New York 10005-1759
Tel: 212 425-1900 / Fax: 212 425-1901
Gina M. Venezia, Esq. (GV1551)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MENORAH INSURANCE CO. LTD. a/s/o NILIT LTD. | 07-cv-11090 (HB) |
| Plaintiff | |
| - against - | **RULE 7.1 STATEMENT** |
| A.P. MOLLER-MAERSK A/S trading as MAERSK LINE | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant A.P. Moller-Maersk A/S (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

Dated: New York, New York
       February 13, 2008

_____
Gina M. Venezia (GV1551)
FREEHILL, HOGAN & MAHAR, LLP
80 Pine Street
New York, New York 10005-1759
Tel: 212 425-1900 / Fax: 212 425-1901
Attorneys for Defendant
A.P. MOLLER – MAERSK A/S

### CERTIFICATE OF SERVICE

I, GINA M. VENEZIA, certify that I am counsel of record for Defendant Maersk. On February 14, 2008, the within Defendant's Rule 7.1 Statement was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Additionally, I served by email a true and correct copy of same upon the following counsel:

James P. Krauzlis
BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
Ref: 07-Q-002-JPK and 07-Q-002-JPK
Attorneys for Plaintiff

_____
Gina M. Venezia

Dated: 2/14/08