```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

RECEIVED

APR 0 8 2008

[illegible] ~~CH
U.S. DISTRICT JUDGE
S.D.N.Y.

DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
Tel: 212-344-4700 / Fax: 212-422-5299
Attorneys for Third-Party Defendant
UNIVERSITY CORPORATION
William E. Lakis, Esq. (WL-9355)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MENORAH INSURANCE CO. LTD. a/s/o
NILIT LTD.,

           Plaintiff,

    -against-

A.P. MOLLER-MAERSK A/S trading as
MAERSK LINE,

           Defendant.
-----------------------------------------------------------X
A.P. MOLLER-MAERSK A/S trading as
MAERSK LINE,

           Third-Party Plaintiff,

    -against-

U.S. SERVICES, LLC and UNIVERSITY
CORPORATION,

           Third-Party Defendants.
-----------------------------------------------------------X

07-cv-11090 (HB)

**STIPULATION**

It is hereby stipulated by and between Defendant and Third-Party Plaintiff, A.P. MOLLER-MAERSK A/S trading as MAERSK LINE and Third-Party Defendant UNIVERSITY CORPORATION that the time for Third-Party Defendants to appear, answer, or otherwise move as to the Third-Party Complaint is extended through and including May 15, 2008, in order to facilitate ongoing settlement discussions.

NYDOCS1/302147.1

Dated: New York, New York
April 7, 2008

_____
William E. Lakis (WL-9355)
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
Tel: 212-344-4700 / Fax: 212-422-5299
Attorneys for Third-Party Defendant
UNIVERSITY CORPORATION

_____
Gina M. Venezia (GV1551)
FREEHILL, HOGAN & MAHAR, LLP
80 Pine Street
New York, New York 10005-1759
Tel: 212-425-1900 / Fax: 212-425-1901
Attorneys for Defendant
A.P. MOLLER – MAERSK A/S

SO ORDERED: _____
Harold Baer, Jr., U.S.D.J.
Date: 4/8/08