10-08/GMV & 11-08/GMV
FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Defendant
A.P. MOLLER – MAERSK A/S
80 Pine Street
New York, New York 10005-1759
Tel: 212 425-1900 / Fax: 212 425-1901
Gina M. Venezia, Esq. (GV1551)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MENORAH INSURANCE CO. LTD. a/s/o
NILIT LTD.

    Plaintiff

- against -

A.P. MOLLER-MAERSK A/S trading as
MAERSK LINE

    Defendant.

A.P. MOLLER-MAERSK A/S trading as
MAERSK LINE

    Third-Party Plaintiff

- against -

U.S. SERVICES, LLC and UNIVERSITY
CORPORATION.

    Third-Party Defendants.

07-cv-11090 (HB)

**AFFIDAVIT OF SERVICE OF THIRD-PARTY COMPLAINT ON U.S. SERVICES, L.L.C.**

COUNTY OF NEW YORK
STATE OF NEW YORK

  I, GINA M. VENEZIA, state as follows:

  1. I am an attorney admitted to practice before this Court and a partner with Freehill Hogan and Mahar, LLP. My office represents Defendant/Third-Party A.P. Moller-Maersk A/S ("Maersk") in the captioned matter.

NYDOCS1/303621.1

2. Our office retained the services of Acer Legal Resources, Inc., of Orlando, Florida, to effect service of the Third-Party Complaint on Third-Party Defendant U.S. Services LLC, whose registered agent for service of process is located at 351 East State Road 434, Winter Springs, Florida 32719-5538.

3. Attached hereto as Exhibit 1 is a copy of the Affidavit of Service obtained from Acer Legal Resources, Inc. which confirms that the Third-Party Complaint was served on U.S. Services LLC on April 16, 2008.

DATED: New York, New York
April 28, 2008

_____
GINA M. VENEZIA

Sworn to before me
this 28th day of April 2008.
_____
Notary Public

**CLARE HENRY**
Notary Public, State of New York
No. 01HE4831498
Qualified in Kings County
Certificate in New York County
Commission Expires October 31, 2009

NYDOCS1/303621.1                2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA CM/ECF:**

| | |
|---|---|
| James P. Krauzlis<br>BADIAK & WILL, LLP<br>106 Third Street<br>Mineola, New York 11501-4404<br>Ref: 07-Q-002-JPK and 07-Q-002-JPK<br>*Attorneys for Plaintiff* | William E. Lakis (WL-9355)<br>DeORCHIS & PARTNERS, LLP<br>61 Broadway, 26th Floor<br>New York, New York 10006-2802<br>Tel: (212) 344-4700 / Fax: (212) 422-5299<br>*Attorneys for Third-Party Defendant*<br>*University Corporation* |

 

                                                                  Gina M. Venezia

Dated: 4/28/08

# EXHIBIT 1
# TO AFFIDAVIT OF SERVICE
# OF THIRD-PARTY COMPLAINT
# ON U.S. SERVICES, L.L.C.

Case 1:07-cv-11090-HB   Document 9   Filed 04/28/2008   Page 4 of 8

## AFFIDAVIT OF SERVICE

State of NEW YORK        County of SOUTHERN DISTRICT        Circuit Court

Index Number: 07-CV-11090
Date Filed: _____

Plaintiff:
MENORAH INSURANCE CO. LTD, A/S/O NILIT LTD

vs.

Defendant:
A.P. MOLLER-MAERSK A/S TRADING AS MAERSK LINE

For:
Gina M. Venezia
FREEHILL HOGAN & MAHAR LLP
80 Pine St.
New York, NY 10005

Received by ACER LEGAL RESOURCES, INC. on the 15th day of April, 2008 at 10:31 am to be served on **U.S. SERVICES LLC, 351 E. SR 434, WINTER SPRINGS, FL 32708**.

I, DON RAMME, being duly sworn, depose and say that on the **16th day of April, 2008 at 3:45 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ADAM JACOBSON** as **OWNER** at **351 E. SR 434, WINTER SPRINGS, FL 32708**, for above Corporation, and informed said person of the contents therein, in compliance with state statutes.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served.

DON RAMME
#2009-0122.RAM

Subscribed and Sworn to before me on the 20th day of April, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

DANNA C. BISHOP
Notary Public, State of
My comm. expires September 9, 2008
Comm. No. DD344765
Bonded thru Western Surety Co.

ACER LEGAL RESOURCES, INC.
417 E. Livingston St.
Unit #2
Orlando, FL 32803
(407) 273-5111
Our Job Serial Number: 2008007258

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2q

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## SUMMONS IN A CIVIL ACTION

MENORAH INSURANCE CO LTD. a/s/o
NILIT LTD.,

        Plaintiff,

07 CV 11090 (HB)

-against-

A.P. MOLLER-MAERSK A/S trading as
MAERSK LINE,

        Defendant.

ACER Legal Resources, Inc.
Date 4/16  Time 3:45
Process Server # 2009.0122 RAM

_(signature)_ Ramie
Signature

TO: (NAME AND ADDRESS OF DEFENDANTS)

U.S. Services LLC
351 East State Road 434
Winter Springs, Florida 32708

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

THIRD PARTY PLAINTIFF'S ATTORNEY (NAME AND ADDRESS)

FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
(212) 425 1900
Attn: Gina M. Venezia, Esq.

an answer to the Third Party complaint which is hereby served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the verified complaint.

FEB 1 4 2008

J. MICHAEL McMAHON
CLERK _/s/ Marios Quintero_

DATE

BY DEPUTY CLERK

NYDOCS1/299082.1

7258

4/16
Served:
ADAM JACOBSON
OWNER: U.S Services LLC

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me*    Date

_____

NAME OF SERVER (PLEASE PRINT)    TITLE

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☐    SERVED    PERSONALLY    UPON    THE    DEFENDANT.    PLACE    WHERE    SERVED:

☐    LEFT COPIES THEREOF AT THE DEFENDANT'S DWELLING, HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION THEN RESIDING THEREIN. NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT WITH:

☐    RETURNED    UNEXECUTED:

☐    OTHER    (specify):

## STATEMENT OF SERVICE FEES

TRAVEL    SERVICES    TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

(date)    (Signature of Server)

(Address of Server)