10-08/GMV & 11-08/GMV

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MENORAH INSURANCE CO. LTD. a/s/o NILIT LTD.

    Plaintiff

- against -

A.P. MOLLER-MAERSK A/S trading as MAERSK LINE

    Defendant.

---

A.P. MOLLER-MAERSK A/S trading as MAERSK LINE

    Third-Party Plaintiff

- against -

U.S. SERVICES, LLC and UNIVERSITY CORPORATION.

    Third-Party Defendants.

---

07-cv-11090 (HB)

**STIPULATION**

RECEIVED MAY 0 7 2008
U.S. DISTRICT JUDGE S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

It is hereby stipulated by and between Defendant/Third-Party Plaintiff A.P. Moller-Maersk A/S and Third-Party Defendant U.S. Services, LLC, that the time for Third-Party Defendant U.S. Services, LLC, to appear, answer, or otherwise move as to the Third-Party Complaint is extended through and including June 3, 2008.

_____
Gina M. Venezia (GV-1551)
FREEHILL HOGAN & MAHAR, LLP
80 Pine St.
New York, NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1901
*Attorneys for Maersk*

_____
Dennis M. Perlberg (DP-9514)
SPEYER & PERLBERG, LLP
115 Broadhollow Road, Suite 250
Melville, NY 11747
Tel: (631) 673-6670
Fax: (631) 673-7073
*Attorneys for Third-Party Defendant U.S. Services, LLC*

SO ORDERED:

_____
U.S. DISTRICT JUDGE 5/7/08

[handwritten: While I will grant the extension sought as noted, there is no stay with respect to discovery. Deadline 4/8/08 & balance of the PTSO remains in effect.]

NYDOCS1/304163.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, I electronically filed the foregoing document with the Clerk of the Court by emailing a copy to the Orders and Judgments Clerk. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified.

**VIA EMAIL:**

James P. Krauzlis
BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
Ref: 07-Q-002-JPK and 07-Q-002-JPK
*Attorneys for Plaintiff*

William E. Lakis (WL-9355)
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
Tel: (212) 344-4700 / Fax: (212) 422-5299
*Attorneys for Third-Party Defendant
University Corporation*

_____
Gina M. Venezia

Dated: May 7, 2008

Endorsement:

     while I will grant the extension keep in mind there is no stay with respect to discovery deadline of 8/8/08 and the balance of the PTSO remains in effect.