DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
Tel: 212-344-4700 • Fax: 212-422-5299
Attorneys for Third-Party Defendant
UNIVERSITY CORPORATION
William E. Lakis, Esq. (WL-9355)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MENORAH INSURANCE CO. LTD. a/s/o
NILIT LTD.,

          Plaintiff,

   -against-

A.P. MOLLER-MAERSK A/S trading as
MAERSK LINE,

          Defendant.
----------------------------------------------------------X
A.P. MOLLER-MAERSK A/S trading as
MAERSK LINE,

          Third-Party Plaintiff,

   -against-

U.S. SERVICES, LLC and UNIVERSITY
CORPORATION,

          Third-Party Defendants.
----------------------------------------------------------X

07-cv-11090 (HB)

**STIPULATION**

It is hereby stipulated by and between Defendant and Third-Party Plaintiff, A.P. MOLLER-MAERSK A/S trading as MAERSK LINE and Third-Party Defendants, U.S. SERVICES, LLC and UNIVERSITY CORPORATION, that the time for Third-Party Defendants to appear, answer, or otherwise move as to the Third-Party Complaint is extended through and including June 3, 2008, in order to facilitate ongoing settlement discussions.

Endorsement:

    Granted. I do hope the settlement works out - there will be no more adjournments. The 3rd party complaint will be served on or before June 3, 2008.

Dated: New York, New York
       May 9, 2008

_____
William E. Lakis (WL-9355)
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
Tel: 212-344-4700 / Fax: 212-422-5299
Attorneys for Third-Party Defendant
UNIVERSITY CORPORATION

_____
Gina M. Venezia (GV1551)
FREEHILL, HOGAN & MAHAR, LLP
80 Pine Street
New York, New York 10005-1759
Tel: 212-425-1900 / Fax: 212-425-1901
Attorneys for Defendant
A.P. MOLLER - MAERSK A/S

*[Handwritten note:]* Granted. I do hope the settlement works out — then there will be no more adjournments. The 3rd party Complaint will be served on or before Jan 3, 08

SO ORDERED:

_____
U.S.D.J.

2