UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MENORAH INSURANCE CO. LTD a/s/o             07-CV-11090 (HB)
NILIT LTD,

                                               Plaintiff,                      **RULE 7.1**

           - against –                                                  **STATEMENT**

A.P. MOLLER-MAERSK A/S trading as
MAERSK LINE,

                                         Defendant.
------------------------------------------------------------------------x
A.P. MOLLER-MAERSK A/S trading as
MAERSK LINE,

                                        Third-Party Plaintiff,

           - against –

U.S. SERVICES, LLC and UNIVERSITY
CORPORATION,

                                        Third-Party Defendants.
------------------------------------------------------------------------x

       The Third Party Defendant, U.S. SERVICES, LLC, by its attorneys, SPEYER & PERLBERG, LLP, in accordance with Federal Civil Rule 7.1, sets forth, that U.S. SERVICES, does not have any corporate parents, subsidiaries or affiliates which are publicly held.

Dated:       Melville, NY
                June 10, 2008

Yours, etc.

SPEYER & PERLBERG, LLP
*Attorneys for Third Party Defendant,*
*U.S. Services, LLC.*

By: */s/ James M. O'Hara*
James M. O'Hara, Esq. (JOH-3404)
115 Broadhollow Road, Suite 250
Melville, NY  11747
(631) 673-6670
Our File No.: 07-189 DMP

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within Answer to Third Party Complaint was electronically filed with the Clerk of the Court on June 10, 2008 using the CM/ECF system and that this system will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ James M. O'Hara*
James M. O'Hara, Esq. (JOH-3404)