DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York  10006-2802
Tel:  212-344-4700 / Fax:  212-422-5299
Attorneys for Third-Party Defendant
UNIVERSITY CORPORATION
William E. Lakis, Esq. (WL-9355)

UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MENORAH INSURANCE CO. LTD. a/s/o
NILIT LTD.,                                                                           07-cv-11090 (HB)

                Plaintiff,                                          **NOTICE OF APPEARANCE**

    -against-

A.P. MOLLER-MAERSK A/S trading as
MAERSK LINE,

                Defendant.
-----------------------------------------------------------X
A.P. MOLLER-MAERSK A/S trading as
MAERSK LINE,

                Third-Party Plaintiff,

    -against-

U.S. SERVICES, LLC and UNIVERSITY
CORPORATION,

                Third-Party Defendants.
-----------------------------------------------------------X

**TO THE CLERK OF THE COURT and ALL PARTIES OF RECORD:**

    It is respectfully requested that the Court enter the firm of **DE ORCHIS & PARTNERS,**

**LLP**., as appearing for the Defendant and Third-Party Plaintiff, A.P. MOLLER-MAERSK A/S

trading as MAERSK LINE in respect of the First Cause of Action of Plaintiff's complaint.

Dated:  New York, New York
       June 20, 2008

                      **DeORCHIS & PARTNERS, LLP**
                      Attorneys for Defendant and
                      Third Party Plaintiff

                          /s/ William E. Lakis
                      By:_____
                      William E. Lakis (WL-9355)
                      61 Broadway, 26th Floor
                      New York, New York  10006-2802
                      Tel:  212-344-4700 / Fax:  212-422-5299